1  THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
2  410 BROADWAY, STE 200
3  LAGUNA BEACH, CA 92651
Tel: (949)376-3500
4  Fax: (949)376-3070
5  Email: tquinn@nokesquinn.com

6  Attorneys for Defendant EQUIFAX INC.

7

8                    UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA

10  MELISSA CONKLIN,                          ) Case No.:
                                              )
11                                            )
             Plaintiff,                       )
12                                            )
                                              ) **EQUIFAX INC.'S NOTICE OF**
13  vs.                                       ) **REMOVAL**
                                              )
14                                            )
EXPERIAN INFORMATION                          )
15  SOLUTIONS, INC., EQUIFAX, INC.;           )
AMERICAN EXPRESS COMPANY;                     )
16  WELLS FARGO, NATIONAL                     )
17  ASSOCIATION and DOES 1 through            )
18  100 inclusive,                            )
                                              )
19                                            )
             Defendants.                      )
20                                            )

21

22        Defendant, Equifax Inc., by Counsel, hereby files this Notice of Removal of

23  this action from the Santa Clara County Superior Court, California wherein it is

24  now pending as Case No. 1:15-cv-281869, to the United States District Court for

25  the Northern District of California.  This Notice of Removal is filed pursuant to 28

26  U.S.C. §§ 1441 and 1446.  In support hereof, Defendants show this Court as

27  follows:

28

1.     An action was filed on June 16, 2015 in the Santa Clara County Superior Court, California, entitled *Conklin v. Experian Information Solutions, Inc., et al.* Case No. 1:15-cv-281869 (the "State Court Action").

2.     Equifax Inc. was served with the Complaint on August 20, 2015.

3.     This Notice is being filed with this Court within thirty (30) days after Equifax Inc. was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4.     This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"),  as follows:

(a)     Plaintiff's Complaint, on its face, alleges a violation of the FCRA.  (See Plaintiff's Complaint, ¶¶ 4.1 – 4.3).

(b)     The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.     Promptly after the filing of this Notice of Removal, Equifax Inc. shall give written notice of the removal to Plaintiff and to the Clerk of the Santa Clara County Superior Court, as required by 28 U.S.C. § 1446(d).

6.     Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax Inc. in the State Court Action.

7.     Attached hereto, as Exhibit B, are copies of the Answer in state court and the Consent of codefendant Experian Information Solutions, Inc., and the Consent of codefendant Wells Fargo, N.A.

/ / /

/ / /

/ / /

1    WHEREFORE, Equifax Inc. requests that the above-described action be

2   removed to this Court.

3

4   Dated: September 21, 2015          NOKES & QUINN

5                                       /s/ Thomas P. Quinn, Jr.
                                       THOMAS P. QUINN, JR.
6                                      Attorneys for Defendant
7                                      EQUIFAX INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE
**Conklin v. Experian Information Solutions, Inc, et al.**
**Case No.:**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **September 21, 2015**, I served a true copy of:

**EQUIFAX INC.'S NOTICE OF REMOVAL**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[X]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  /s/ Jennifer J. Maston
 JENNIFER J. MASTON

Place of Mailing: Laguna Beach, California.

Executed on **September 21, 2015,** at Laguna Beach, California.

1

## SERVICE LIST

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Scott J. Sagaria, Esq.
Elliott W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Tel: (408)279-2288
Fax: (408)279-2299
Email: sjsagaria@sagarialaw.com
Email: egale@sagarialaw.com
Email: jangelo@sagarialaw.com
Email: sjohnson@sagarialaw.com
*Attorneys for Plaintiff,*
*Melissa Conklin*

Alisa A. Givental, Esq.
Severson & Werson
1 Embarcadero Center, Suite 2600
San Francisco, CA  94111
Tel: (415)398-3344
Fax: (415)956-0439
Email: aag@severson.com
*Attorneys for Defendant,*
*Wells Fargo Bank, N.A.*

Ramon Ramirez, Esq.
Alyssa M. Staudinger, Esq.
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA  92612-4408
Tel: (949)851-3939
Fax: (949)553-7539
Email: ramonramirez@jonesday.com
Email: astaudinger@jonesday.com
*Attorneys for Defendant,*
*Experian Information Solutions, Inc.*

EQUIFAX INC.'S NOTICE OF REMOVAL