SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| MELISSA CONKLIN**,**<br><br>                    Plaintiff,<br><br>      v.<br><br><br>  EXPERIAN INFORMATION<br>  SOLUTIONS, INC.; et. al.,<br><br><br><br>                    Defendants. | Case No.: 5:15-CV-04315-YGR<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT AMERICAN EXPRESS |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Melissa Conklin and defendant American Express, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Dated:   November 2, 2015

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale,
Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT AMERICAN EXPRESS - 1