| | |
|---|---|
| 1 | Ramon Ramirez (State Bar No. 280772) |
| | ramonramirez@jonesday.com |
| 2 | Alyssa M. Staudinger (State Bar No. 300845) |
| | astaudinger@jonesday.com |
| 3 | JONES DAY |
| | 3161 Michelson Drive |
| 4 | Suite 800 |
| | Irvine, CA  92612.4408 |
| 5 | Telephone:   +1.949.851.3939 |
| | Facsimile:    +1.949.553.7539 |

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELISSA CONKLIN, | Case No.  4:15-cv-04315-YGR |
| Plaintiff, | Assigned to Honorable Yvonne Gonzalez Rogers |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. et al, | **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** Plaintiff Melissa Conklin and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

| | | |
|---|---|---|
| 1 | Dated: December 15, 2015 | SAGARIA LAW, P.C. |
| 2 | | |
| 3 | | By: */s/ Elliot Gale*<br>    Elliot Gale |
| 4 | | Attorneys for Plaintiff<br>MELISSA CONKLIN |
| 5 | Dated: December 15, 2015 | JONES DAY |
| 6 | | |
| 7 | | |
| 8 | | By: */s/ Ramon Ramirez*<br>    Ramon Ramirez |
| 9 | | Attorneys for Defendant<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. |

# CERTIFICATE OF SERVICE

I, Ramon Ramirez, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **December 15, 2015**, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Scott J. Sagaria
Elliot W. Gale
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: 408.279.2288; Fax: 408.279.2299; Email:
egale@sagarialaw.com;
sjsagaria@sagarialaw.com

*Attorneys for Plaintiff*
*MELISSA CONKLIN*

Alisa A. Givental
SEVERSON & WERSON
One Embarcadero Center, Ste 2600
San Francisco, CA 94111
Tel: 415-677-5503; Fax: 415-956-0439; Email: aag@severson.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

Thomas P. Quinn
NOKES & QUINN
410 Broadway, Ste 200
Laguna Beach, CA 92651
Tel: 949-376-3500; Fax: 949-376-3070; Email:
tquinn@nokesquinn.com

***Attorneys for Defendant Equifax Inc.***

Executed on December 15, 2015, at Irvine, California.

*/s/ Ramon Ramirez*
Ramon Ramirez