UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MELISSA CONKLIN**,

        Plaintiff,

v.

**EQUIFAX INC., ET AL.**,

        Defendants.

Case No. 15-cv-04315-YGR

**ORDER SETTING COMPLIANCE HEARING**

Re: Dkt. No. 26

The Court understands, based upon the representations of the parties, plaintiff and defendant Experian Information Solutions, Inc. have reached a settlement agreement. (Dkt. No. 26.) A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on Friday, **March 25, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (1) a stipulation of dismissal; or (2) a one-page joint statement setting forth an explanation regarding the failure to comply. Failure to comply may result in sanctions. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Dated: December 18, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**